| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**            **RLCH INC.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **26-2947423**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **144-69 Barclay Avenue** <br> **Flushing, NY 11355** <br> Number, Street, City, State & ZIP Code | **P.O. Box 604768** <br> **Bayside, NY 11360** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Queens** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **RLCH INC.**   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor **RLCH INC.**
Name

Case number (*if known*)

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **RLCH INC.**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 24, 2020**
MM / DD / YYYY

X **/s/ Lisa Lam**
Signature of authorized representative of debtor

**Lisa Lam**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ George V. Utlik**
Signature of attorney for debtor

Date **August 24, 2020**
MM / DD / YYYY

**George V. Utlik**
Printed name

**Herrick Feinstein LLP**
Firm name

**Two Park Avenue**
**New York, NY 10016**
Number, Street, City, State & ZIP Code

Contact phone **212-592-1400**    Email address **gutlik@herrick.com**

_____
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF RLCH INC.

As of August 13, 2020

The undersigned, being all of the members of the Board of Directors (the "<u>Board</u>") of RLCH Inc., a New York corporation (the "<u>Corporation</u>"), do hereby consent in writing to the adoption of the resolutions set forth below, with the same force and effect as if they had been unanimously adopted at a duly convened meeting of the Board.

**WHEREAS**, the Board had the opportunity to consult with, and to review and ask questions about the materials presented by, the legal and financial advisors of the Corporation regarding the Corporation's assets, liabilities, and liquidity, and to fully consider the strategical alternatives available to the Corporation as well as the impact of the foregoing on the Corporation's business, and desires to approve the following resolutions.

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Board has determined, after consultation with the legal and financial advisors of the Corporation, that it is desirable and in the best interests of the Corporation and its creditors and other parties in interest that a petition be filed by the Corporation seeking relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in which the authority to operate as a debtor in possession will be sought; and be it further

**RESOLVED**, that the filing of the bankruptcy petition is hereby authorized, and the Corporation shall initiate a bankruptcy case and any other related proceedings; and be it further

**RESOLVED**, that any individual duly appointed by the Board as an officer (each, an "<u>Officer</u>," and together, the "<u>Officers</u>"), is authorized and directed, for and on behalf of the Corporation, to execute and file a petition and related documentation in the name of the Corporation under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York (the "<u>Bankruptcy Court</u>") in such form and at such time as the Officer executing said petition and related documentation on behalf of the Corporation shall determine; and be it further

**RESOLVED**, that each of the Officers is authorized and empowered, for and in the name and on behalf of the Corporation to execute, verify, and/or file or cause to filed (or direct others to do so on their behalf) all documents for and on behalf of the Corporation, including (but not limited to) schedules, statements, lists, declarations, affidavits, applications, motions, pleadings, and other papers in the Bankruptcy Court and to take any and all action which they may deem necessary

or proper in connection with the Corporation's chapter 11 case (the "Chapter 11 Case"), and in connection therewith, subject to approval (for services rendered after the filing of a bankruptcy petition) of the Bankruptcy Court, to retain and employ (i) legal counsel, Herrick, Feinstein LLP; (ii) Chief Restructuring Officer, Scouler Kirchhein; and (iii) other professionals the Officers may deem necessary or proper to retain for a successful conclusion of the Chapter 11 Case; and be it further

**RESOLVED**, that each of the Officers is authorized and empowered, for and in the name and on behalf of the Corporation, to take or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of the foregoing resolutions; and be it further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Officer or Chief Restructuring Officer to seek relief on behalf of the Corporation under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Case, or any proceeding and matter related thereto, be and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation.

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions of the Board of Directors of RLCH Inc. to be in full force and effect as of the date first written above.

DIRECTORS:

*lisa lam*
_____
LISA LAM


*Steven Cheung*
_____
STEVEN CHEUNG