HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Janice Goldberg
George V. Utlik
Rachel H. Ginzburg (*pro hac vice* pending)
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
jgoldberg@herrick.com
gutlik@herrick.com
rginzburg@herrick.com

*Proposed Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **In re** | : |
| | : Chapter 11 |
| **RLCH Inc.,** | : |
| **Debtor.** | : Case No. 20-43052 (REG) |
| | : |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

   I, Larisa Poretsky, being duly sworn, depose and say:

   1. I am employed by Herrick Feinstein LLP, proposed counsel for RLCH, Inc., the debtor and debtor in possession in the above-captioned chapter 11 case. I am over the age of 18 and am not a party to this action.

   2. On August 26, 2020, I caused to be served (i) via electronic mail on the parties on the annexed Service List 1, and (ii) via Federal Express upon the parties on the annexed Service List 2 by depositing true copies into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery, the following documents:

1. Chapter 11 Voluntary Petition (Dkt. No. 1);

2. List of Creditors Who Have 20 Largest Unsecured Claims (Dkt. No. 2);

3. List of Equity Security Holders (Dkt. No. 3);

4. Declaration of Lisa Lam Under Rule 1007-4 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York (Dkt. No. 4);

5. Declaration of Daniel Scouler Under Rule 1007-4 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York (Dkt. No. 5);

6. Debtor's Motion for Entry of an Order Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individuals Relief (Dkt. No. 6);

7. Debtor's Emergency Motion Pursuant to 11 U.S.C. § 105, 361, 362, 363, and 364 for Interim and Final Orders Authorizing the Debtor (I) to Obtain Post-Petition Credit Pursuant to 11 U.S.C. § 364(c) and (d); (II) to Utilize Cash Collateral and Grant Adequate Protection to Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c); and (V) Granting Related Relief (Dkt. No. 7);

8. Motion for Rachel H. Ginzburg to Appear Pro Hac Vice for RLCH Inc. (Dkt. No. 11);

9. Affirmation Under Local Rule 9077-1 in Support of the Debtors (A) Motion for Entry of an Order Authorizing the Debtor to Redact Certain Personally Identifiable Information for Individuals; and (B) Emergency Motion Pursuant to 11 U.S.C. § 105, 361, 362, 363, and 364 for Interim and Final Orders Authorizing the Debtor (I) To Obtain Post-Petition Credit Pursuant to 11 U.S.C. § 364(c) and (d); (II) To Utilize Cash Collateral and Grant Adequate Protection to Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c); and (V) Granting Related Relief (Dkt. No. 12);

10. Order Scheduling Emergency Hearing on Shortened Notice to Consider the Debtor's First Day Motions; Hearing scheduled for 8/31/2020 at 10:00 AM (Dkt. No. 13); and

11. Notice of Bankruptcy Case Filing.

Date: New York, New York
August 27, 2020

/s/ *Larisa Poretsky*
Larisa Poretsky

Sworn to before me this
27th day of August 2020
*/s/ Douglas A. Kopf*_____
Douglas A. Kopf, Notary Public, State of New York,
No: 02KO6336560 Commission Expires: 02/08/2024

# SERVICE LIST 1

| | |
|---|---|
| United States Trustee<br>Office of the US Trustee,<br>Jeremy S. Sussman, Esq.<br>Eastern District of New York,<br>Brooklyn Division<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Jeremy.S.Sussman@usdoj.gov; | Allan Mendelsohn, Esq.,<br>Allan B. Mendelsohn, LLP,<br>38 New St., Huntington, NY 11743-3463<br>amendelsohn@amendelsohnlaw.com |
| Eric Sadkin, Esq.,<br>Mavrides Moyal, Packman Sadkin<br>276 Fifth Avenue, Suite 404<br>New York, NY 10001<br>ESadkin@mmps.com; | Atlantic Specialty Insurance Company<br>One State Street Plaza, 31fl<br>New York, NY 10004<br>claims@onebeacon.com |
| The Blaikie Group<br>111 John St. 16th Fl.<br>New York, NY 10038<br>info@blaikiegroup.com | Jack L. Glasser, Esq.<br>Jack L. Glasser, P.C.<br>89-10 Sutphin Blvd<br>Jamaica, NY 11435<br>jacklglasserpc@aol.com |
| Mingli Chen, Esq.<br>ML and CHEN, P.C.<br>136-20 38th Ave, Ste 9J<br>Flushing, NY 11354<br>mchen@mchenlaw.com | Robert D. Werth, Esq.<br>666 Greenwich St. #507<br>New York, NY 10014<br>robertwerth@gmail.com |
| Adam Stein, Esq.<br>Stein Adler Dadah Zelkowitz<br>16633 Broadway, 46fl.<br>New York, NY 10019<br>astein@steinadlerlaw.com | Mou Yang Lam<br>jlam9779@gmail.com |
| Kwan Cho Cheung<br>kccheung888@gmail.com | Steven Cheung<br>scheung08@gmail.com |
| | |
| Ming Y (Diane) Cheung<br>dcheung2688@yahoo.com | Gui Zhen Chen<br>zhenlin93@gmail.com |
| Siu Ling Wong<br>jenchan429@gmail.com | Cheung Ching Chau<br>foolee88@comcast.net |

2

|  |  |
|---|---|
| Kam Ming Lam<br>fionaryang83@gmail.com | Tung Suet Ruby Lam<br>rubycu@gmail.com |
| Kuk Tan (Tracy) Wong<br>kuktan2000@yahoo.com.hk | Jin Guo Lin<br>tommylin08@hotmail.com |
| Esther Hsu<br>grandmother.esther.hsu@gmail.com |  |

HF 13463638v.1

# SERVICE LIST 2

| | |
|---|---|
| Maxim Credit Group, LLC<br>600 Madison Avenue, Suite 1700<br>New York, New York 10022 | Atlantic Specialty Insurance Company<br>One State Street Plaza, 31fl<br>New York, NY 10004 |
| The Blaikie Group<br>111 John St. 16th Fl.<br>New York, NY 10038 | Manuel Roel<br>253-02 Leeds Road<br>Little Neck, NY 11362 |
| TCJ Construction<br>438 67th Street<br>Brooklyn NY 11220 | |