UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

    RLCH, INC.,

                Debtor.

Chapter 11
Case No. 820-43052-REG

-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that ALLAN B. MENDELSOHN, LLP, 38 New Street, Huntington, New York 11743, represents MAXIM CAPITAL (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

        MAXIM CAPITAL
        ALLAN B. MENDELSOHN, ESQ.
        ALLAN B. MENDELSOHN, LLP
        38 New Street
        Huntington, New York 11743
        (631) 923-1625

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Huntington, NY;   October 15, 2020

                                       Respectfully Submitted,

                                       ALLAN B. MENDELSOHN, ESQ.
                                       Attorney for MAXIM CAPITAL
                                       38 New Street
                                       Huntington, New York 11743
                                       (631) 923-1625

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

       RLCH, INC.,

                              Debtor.

Chapter 11
Case No. 820-43052-REG

-----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF SUFFOLK      ss.:

       The undersigned, residing at the address set forth below, being duly sworn, deposes and says: that deponent is not a party to this action, and is over the age of eighteen (18) years.

       That on the date this affidavit was sworn to, deponent served a copy of the within Notice of Appearance and Request for Notices and Service of Papers upon:

       RLCH Inc., P.O. Box 604768, Bayside, NY 11360

       Herrick, Feinstein LLP, 2 Park Avenue, New York, NY 10016

       United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 560, Central Islip, NY 11722-4437

the address(es) designated for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, first class mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                            Allan B. Mendelsohn
                                                                             Kings Park, New York

Sworn to before me this
15th day of October, 2020

_____
Notary Public

MICHAEL J. O'SULLIVAN
Notary Public, State of New York
No. 02OS4985526
Qualified in Nassau County
Commission Expires August 19, 20 21

Chapter 11
Case No. 820-43052-REG
UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

        RLCH, INC.,

                                                   Debtor.

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

ALLAN B. MENDELSOHN
ALLAN B. MENDELSOHN, LLP
38 New Street
Huntington, New York 11743
(631) 923-1625