HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Janice Goldberg
George V. Utlik
Rachel H. Ginzburg (admitted *pro hac vice*)
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
jgoldberg@herrick.com
gutlik@herrick.com
rginzburg@herrick.com

*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
**In re**                                                     :
                                                              :
                                                              :  Chapter 11
**RLCH INC.,**                                                :
                                                              :  Case No. 20-43052 (REG)
                        **Debtor.**                           :
                                                              :
------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

       I, Larisa Poretsky, being duly sworn, depose and say:

    1.    I am employed by Herrick Feinstein LLP, proposed counsel for RLCH, Inc., the debtor and debtor in possession in the above-captioned chapter 11 case. I am over the age of 18 and am not a party to this action.

    2.    On November 20, 2020 I caused the Monthly Operating Report for Filing Period October 1, 2020 to October 31, 2020 *(Dkt. No. 65)* to be served (i) on the parties listed on Service List 1, attached hereto, via email; and (ii) on the parties listed on Service List 2, attached hereto, via First Class Mail.

Date:   New York, New York
           November 23, 2020

2

                                                                    /s/ *Larisa Poretsky*
                                                                       Larisa Poretsky

Sworn to before me this
23rd day of November 2020
*/s/ Douglas A. Kopf*
Douglas A. Kopf, Notary Public, State of New York,
No: 02KO6336560 Commission Expires: 02/08/2024

2

HF 13582189v.1

# SERVICE LIST 1

| | |
|---|---|
| United States Trustee<br>Office of the US Trustee,<br>Jeremy S. Sussman, Esq.<br>Eastern District of New York,<br>Brooklyn Division<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Jeremy.S.Sussman@usdoj.gov;<br>USTPRegion02.BR.ECF@usdoj.gov; | Allan Mendelsohn, Esq.,<br>Allan B. Mendelsohn, LLP,<br>38 New St., Huntington, NY 11743-3463<br>amendelsohn@amendelsohnlaw.com |
| Eric Sadkin, Esq.,<br>Mavrides Moyal, Packman Sadkin<br>276 Fifth Avenue, Suite 404<br>New York, NY 10001<br>ESadkin@mmps.com; | Atlantic Specialty Insurance Company<br>One State Street Plaza, 31fl<br>New York, NY 10004<br>claims@onebeacon.com |
| The Blaikie Group<br>111 John St. 16th Fl.<br>New York, NY 10038<br>info@blaikiegroup.com | Jack L. Glasser, Esq.<br>Jack L. Glasser, P.C.<br>89-10 Sutphin Blvd<br>Jamaica, NY 11435<br>jacklglasserpc@aol.com |
| Mingli Chen, Esq.<br>ML and CHEN, P.C.<br>136-20 38th Ave, Ste 9J<br>Flushing, NY 11354<br>mchen@mchenlaw.com | Robert D. Werth, Esq.<br>666 Greenwich St. #507<br>New York, NY 10014<br>robertdwerth@gmail.com |
| Adam Stein, Esq.<br>Stein Adler Dadah Zelkowitz<br>16633 Broadway, 46fl.<br>New York, NY 10019<br>astein@steinadlerlaw.com | Scott Markowitz<br>Jill L Makower<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>11th Floor<br>New York, NY 10018<br>smarkowitz@tarterkrinsky.com<br>jmakower@tarterkrinsky.com |
| Kwan Cho Cheung<br>kccheung888@gmail.com | Mou Yang Lam<br>jlam9779@gmail.com |
| Ming Y (Diane) Cheung<br>dcheung2688@yahoo.com | Steven Cheung<br>scheung08@gmail.com |
| Kam Ming Lam<br>fionaryang83@gmail.com | Cheung Ching Chau<br>foolee88@comcast.net |

| Kuk Tan (Tracy) Wong<br>kuktan2000@yahoo.com.hk | Tung Suet Ruby Lam<br>rubycu@gmail.com |
| --- | --- |
| Esther Hsu<br>grandmother.esther.hsu@gmail.com | Jin Guo Lin<br>tommylin08@hotmail.com |
| David J. Aronstam, Esq.<br>85 Broad St<br>28th floor<br>New York, NY 10004<br>Email: dja@aronstamlaw.com | Gui Zhen Chen<br>zhenlin93@gmail.com; |

## SERVICE LIST 2

| The Blaikie Group<br>111 John St. 16th Fl.<br>New York, NY 10038 | Atlantic Specialty Insurance Company<br>c/o OneBeacon Insurance Group<br>605 Highway 169 North, Suite 800<br>Plymouth, MN 55441 |
|---|---|
| TCJ Construction Inc.<br>438 67th Street<br>Brooklyn NY 11220 | |